UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE RILEY,

    Plaintiff,                                    Case No. 1:05-cv-269

v.                                                  Hon. Wendell A. Miles

UNKNOWN KURTZ,

    Defendant.
_____/

## ORDER

Consistent with the Opinion filed this day, Defendant Kurtz's Rule 12(b)(6) Motion for Dismissal or, Alternatively, Rule 56(b) Motion for Summary Judgment, (dkt. #12), is **granted**.  Plaintiff's federal constitutional claims are **dismissed with prejudice**.  Plaintiff's state law claims are **dismissed without prejudice**.

        **IT IS SO ORDERED**.

Date:  March 30, 2006                                      /s/ Wendell A. Miles
                                                          Wendell A. Miles
                                                          Senior U.S. District Judge